1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,       | CASE NO. 1:99-MJ-02178 |
11 |         Plaintiff,              |                        |
12 |            v.                   | GOVERNMENT'S REQUEST TO DISMISS COMPLAINT AND ORDER [FED.R.CRIM.PROC. 48(A)] |
13 | JULIO ORTIZ,                    |                        |
14 |         Defendant.              |                        |

17     Comes now the United States, by and through its attorneys of record, BENJAMIN B. WAGNER,
18 United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, and requests
19 leave of the Court to dismiss the Complaint as to the above-named defendant and recall the arrest
20 warrant as more than five (5) years has elapsed since the offense was committed.

21 Dated: August 25, 2014                BENJAMIN B. WAGNER
                                         United States Attorney
22

23                                 By:  /s/ LAUREL J. MONTOYA
                                        LAUREL J. MONTOYA
24                                      Assistant United States Attorney

25
   IT IS SO ORDERED.
26

27    Dated:  **August 26, 2014**         /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28